IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON LEE LOVELL                                                                         PLAINTIFF

V.                                            4:13CV00110-BRW

WILLIAM PITTMAN                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal taken from this Judgment and accompanying Memorandum and Order dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 9th day of April, 2013.

                                                    /s/Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE