IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRANDON LEE LOVELL                                                                     PLAINTIFF

v.                                              4:13CV00110-BRW

WILLIAM PITTMAN                                                                        DEFENDANT

## ORDER

Plaintiff's Motion to Consolidate this action (Doc. No. 7) with *Lovell v. Murry, et al.*, 4:13CV00134-SWW-JTK, is DENIED, since this case was dismissed on April 9, 2013, for failure to state a claim upon which relief may be granted.[1]

IT IS SO ORDERED this 16th day of April, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 5, 6.